**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00520-CV**
_____

**CROSS COUNTRY MORTGAGE, LLC, Appellant**

**V.**

**MICHELE LESHA XU, Appellee**

**On Appeal from the 88th District Court**
**Hardin County, Texas**
**Trial Cause No. 65915**

**MEMORANDUM OPINION**

Cross Country Mortgage, LLC, Appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 11, 2026
Opinion Delivered March 12, 2026
Before Golemon, C.J., Johnson and Chambers, JJ.

1